LEE MARTIN V. THE SPRINGFIELD CRUDE OIL COMPANY *et al.*

No. 15,214.   (92 Pac. 1119.)

Error from Montgomery district court; THOMAS J. FLANNELLY, judge.   Opinion filed December 7, 1907. Affirmed.

*Joseph P. Rossiter,* for plaintiff in error.

*Ayres & Welch, W. W. Padgett, W. E. Ziegler, J. H. Dana, John J. Jones,* and *Eugene Mackey,* for defendants in error; *Lee & Mackey,* of counsel.

*Per Curiam:* The question in this case is the same as that decided in *Phillips v. Oil Co.,* 76 Kan. 783, 92 Pac. 1119, and on the authority of that case the judgment is affirmed.